

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00340-CV

### IN THE MATTER OF THE GARCIA MARITAL TRUST

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017-CVK-002555-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED September 19, 2018.

_____
Rebeca C. Martinez, Justice